**BOIES SCHILLER FLEXNER LLP**
Brooke Alexander (pro hac vice pending)
balexander@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (SBN 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Attorneys for Plaintiffs,
Edwin Garrison, Gregg Podalsky,
Skyler Lindeen, Alexander Chernyavsky,
Gary Piano, Sunil Kavuri, Gary Gallant
and David Nicol, on behalf of themselves and
all others similarly situated,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GARRISON, GREGG PODALSKY, SKYLER LINDEEN, ALEXANDER CHERNYAVSKY, GARY PIANO, SUNIL KAVURI, GARY GALLANT and DAVID NICOL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE WARRIORS, LLC & STEPHEN CURRY,<br><br>Defendants. | Case No. 3:23-cv-03628<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P 7.1 AND LOCAL CIVIL RULE 3-15** |

**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3-15, Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Gary Piano, Sunil Kavuri, Gary Gallant and David Nicol on behalf of themselves and all others similarly situated, ("Plaintiffs") hereby submit this Notice of Interested Parties.

The undersigned, counsel of record for Plaintiffs, certify that the following listed party (or parties) may have a pecuniary interest in the outcome of this case:

1. Golden State Warriors, LLC
2. Stephen Curry

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Plaintiffs reserve the right to supplement this disclosure statement if needed.

Dated: July 21, 2023                    By: /s/ Mark C. Mao
                                            Mark C. Mao

**BOIES SCHILLER FLEXNER LLP**
Brooke Alexander (pro hac vice pending)
balexander@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (SBN 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Attorneys for Plaintiffs,
Edwin Garrison, Gregg Podalsky,
Skyler Lindeen, Alexander Chernyavsky,
Gary Piano, Sunil Kavuri, Gary Gallant
and David Nicol

**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**